UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ELITE TEK, et al.<br><br>　　　　　　　Defendants. | Case No.: 18cv2609-LAB (KSC)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIMS [Dkt. 24]** |

Defendant and Counter-Claimant Elite Tek seeks leave to file amended counterclaims against Plaintiff and Counter-Defendant Oakley, Inc. Rule 15(a)(2) requires that "the Court . . . freely give leave [to amend] when justice so requires." Among the reasons for denying leave are "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of amendment . . . ." *Schlacter-Jones v. Gen. Tel. of California*, 936 F.2d 435, 443 (9th Cir. 1991). None of those apply here, as this is Elite Tek's first amendment and the proposed amendment occurs within the period set by the Court's scheduling order. *See* Dkt. 23 ¶ 1. Elite Tek's motion is **GRANTED**, (Dkt. 24), and the hearing currently set for October 7, 2019 is **VACATED**.

**IT IS SO ORDERED**.

Dated: September 10, 2019

　　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　　　Chief United States District Judge