UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC.,<br><br>                               Plaintiff,<br>v.<br>ELITE TEK, et al.,<br><br>                             Defendants. | Case No.: 18cv2609-LAB (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 27]** |

The parties' joint motion to dismiss is **GRANTED**. Dkt. 27. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: October 28, 2019

*/s/ Larry A. Burns*

**Hon. Larry Alan Burns**
Chief United States District Judge